IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:17-CR-00295-BRW

FELIX TRAVIS KENNEDY

**ORDER**

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 36) is DENIED.

On July 27, 2017, Defendant pled guilty to being a felon in possession of a firearm.[1] On October 23, 2017, he was sentenced to the mandatory minimum of 180 months in prison.[2]

Defendant wants compassionate release based on his health conditions. Defendant's health conditions do not provide an "extraordinary and compelling" reason to warrant relief. Additionally, the relief is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 25th day of March, 2022.

                                               Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 20, 21.

[2] Doc. Nos. 26, 27.